FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 5 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,                )
9                          Plaintiff,          )
                                              )
10          v.                                 )        2:09-CR-177-JCM (LRL)
                                              )
11  RUSSELL WAYNE MAESTRO,                    )
                                              )
12                         Defendant.          )

13

## FINAL ORDER OF FORFEITURE

14          On July 13, 2010, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United

16  States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant RUSSELL

17  WAYNE MAESTRO to a criminal offense, forfeiting specific property alleged in the Criminal

18  Indictment and Bill of Particulars and agreed to in the Plea Memorandum and shown by the United

19  States to have a requisite nexus to the offense to which defendant RUSSELL WAYNE MAESTRO

20  pled guilty. Docket #1, #17, #34, #35, #37.

21          This Court finds the United States of America published the notice of the forfeiture in

22  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

23  consecutively from July 16, 2010, through August 14, 2010, notifying all known third parties of their

24  right to petition the Court. #38.

25          This Court finds no petition was filed herein by or on behalf of any person or entity and the

26  time for filing such petitions and claims has expired.

1       This Court finds no petitions are pending with regard to the assets named herein and the time

2  for presenting such petitions has expired.

3       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6  32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States

7  Code, Section 853(n)(7) and shall be disposed of according to law:

8       a)    any book, magazine, periodical, film, videotape, or other matter which

9             contains any such visual depiction, which was produced, transported,

10             mailed, shipped, or received; computer images, including movie and still

11             image files, depicting a minor engaging in sexually explicit conduct and the

12             diskettes and hard drives on which they are maintained;

13       b)    Generic Computer Tower with Cooler Master case, serial number:

14             CACT05UW0073801210;

15       c)    Compaq Presario 2100 Laptop computer, serial number: CNF4310G25; and

16       d)    Compaq Armada Laptop computer.

17       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

18  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

19  as any income derived as a result of the United States of America's management of any property

20  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

21  according to law.

22       The Clerk is hereby directed to send copies of this Order to all counsel of record and three

23  certified copies to the United States Attorney's Office.

24       DATED this _25th_ day of _July_, 2011.

25

26                        UNITED STATES DISTRICT JUDGE